IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DARIUS CHAMBERS,** | : |
| **Plaintiff,** | : |
| vs. | :   **CIVIL ACTION 04-0089-BH-C** |
| **DONAL CAMPBELL, et al.,** | : |
| **Defendants.** | : |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

**DONE** this 7th day of June, 2005.

s/ W. B. Hand
SENIOR DISTRICT JUDGE
